IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDRE WADE,

    Petitioner,

  v.

WARDEN, BELMONT
CORRECTIONAL INSTITUTION,

    Respondent.

Case No. 2:17-cv-1101
Judge Algenon L. Marbley
Chief Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On August 14, 2018, the Magistrate Judge issued a *Report and Recommendation* recommending that the *Petition* for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 14.) Although the parties were advised of the right to file objections to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and although the Court granted Petitioner an extension of time to for the filing of objections, no objections have been filed.

The *Report and Recommendation* (ECF No. 14) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has waived his appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    IT IS SO ORDERED.

                                          s/Algenon L. Marbley
                                          **ALGENON L. MARBLEY**
                                          **UNITED STATES DISTRICT COURT**

**DATED:** November 30, 2018